**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Troy Emanuel, Jr.,

Plaintiff,

v.

Jackson,

Defendant.

Case No. 2:25-cv-00293-CDS-DJA

**Order**

Before the Court is Defendant Ashton Jackson's second motion to extend the dispositive motions deadline. (ECF No. 19). Defendant explains that his counsel requires a twenty-four-day extension due to counsel's caseload. The Court finds that Defendant has shown good cause for the extension. Fed. R. Civ. P. 16(b). And Plaintiff has not responded to the motion,[1] constituting his consent to the Court granting it. LR 7-2(d).

**IT IS THEREFORE ORDERED** that the motion to extend (ECF No. 19) is **granted.**

**IT IS FURTHER ORDERED** that the below deadlines shall govern:

Dispositive motions: November 2, 2026

Joint pretrial order: December 3, 2026[2]

DATED: October 27, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

[1] The Court notes that Plaintiff's mail containing Defendant's motion was returned as undeliverable with the notation "REFUSED TO SIGN." (ECF No. 20).

[2] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motions or further court order.