AARON D. FORD
Attorney General
SAMUEL L. PEZONE JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY RAY EMMANUEL JR.,<br><br>Plaintiff,<br><br>v.<br><br>K. WILLIAMS, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00293-CDS-DJA<br><br>**DEFENDANT'S MOTION TO EXTEND THE TIME TO FILE DISPOSITIVE MOTIONS**<br><br>**(THIRD REQUEST)** |

Defendant, Ashton Jackson, hereby moves to extend the time to file dispositive motions. This is Defendant's third request for an extension of this deadline. There is good cause for this Court to grant an extension.

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. LEGAL STANDARD

To prevail on a motion to extend previous scheduling order deadlines, the moving party must show "good cause." Fed. R. Civ. P. 16(b)(4); LR 26-3. To demonstrate good cause, the party seeking modification must show "that, even in the exercise of due diligence, [the party was] unable to meet the" subject deadline. *Cruz v. City of Anaheim*, CV-1003997-MMM-JEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

///

## II. ARGUMENT

The Defendant requests a third extension of the deadline to file dispositive motions. Pursuant to ECF No. 21, the deadline to file dispositive motions is November 2, 2026. Based upon the foregoing, there is good cause to extend this deadline by two (2) days, or until November 4, 2026.

Undersigned has completed a draft of Defendant's motion for summary judgment. However, counsel is awaiting signed affidavits from institutional staff before he can finalize and file Defendant's motion. A short and final extension should allow counsel sufficient time to obtain these affidavits and should not substantially delay this case or prejudice the Plaintiff. Accordingly, the Defendant respectfully requests that this extension be granted for good cause shown. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260 (9th Cir. 2010) (holding that the "district court abused its discretion in denying party's timely motion" to extend time because the party "demonstrated the 'good cause' required by Rule 6, and because there was no reason to believe that [the party] was acting in bad faith or was misrepresenting his reasons for asking for the extension").

## III. CONCLUSION

Based on the foregoing, there is good cause to extend the dispositive motion deadline. Defendants' respectfully request that this Court extend the deadline to file dispositive motions until November 4, 2026.

DATED this 4th day of November, 2026.

AARON D. FORD
Attorney General

By: /s/ Samuel L. Pezone Jr.
SAMUEL L. PEZONE JR. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 2, 2026, I electronically filed the foregoing **DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE DISPOSITIVE MOTIONS (THIRD REQUEST)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

/s/ Samuel L. Pezone
SAMUEL L. PEZONE, an employee of the
Office of the Nevada Attorney General

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2026